1  ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
   ERIC J. LORENZINI, State Bar No. 218433
2    *elorenzini@elkinskalt.com*
   2049 Century Park East, Suite 2700
3  Los Angeles, California  90067-3202
   Telephone: 310.746.4400
4  Facsimile: 310.746.4499

5  Attorneys for Defendant Tower Energy
   Group

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

   | SCOTT JOHNSON, | CASE No. 2:14-CV-01647-GEB-EFB |
12
   | | ~~[PROPOSED]~~ ORDER RE |
   |     Plaintiff, | STIPULATION TO CONTINUE |
13
   | | STATUS (PRETRIAL SCHEDULING) |
   |     v. | CONFERENCE |
14
   | TOWER ENERGY GROUP, a | [*Stipulation filed concurrently herewith*] |
15
   | California Corporation, and DOES 1-10, inclusive, | Judge:  Hon. Garland E. Burrell, Jr |
16
   | | Crtrm.: 10 |
   |     Defendants. | |
17
   | | Action Filed:   July 14, 2014 |

18

19

20

21

22

23

24

25

26

27

28
   412142v1
                                   1

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California  90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the stipulation of counsel, and for good cause appearing, the Court orders that the status conference currently scheduled for October 27, 2014 at 9:00 A.M. in Courtroom 10 shall be continued to November 10, 2014 at 9:00 A.M. in Courtroom 10.

**IT IS SO ORDERED.**

Dated:  September 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

412142v1

2

[PROPOSED] ORDER RE STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE